# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| NILHAN DEVELOPERS, LLC, | ) | CASE NO. 15-58443-WLH |
| | ) | |
| DEBTOR. | ) | CHIEF JUDGE WENDY L. HAGENAU |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL SOLELY BY KIMBERLY A. MILLER

Ronald L. Glass and GlassRatner notify this Court that attorney Kimberly A. Miller has withdrawn and is no longer serving as counsel for them in this bankruptcy case. Miller & Martin PLLC, by and through its attorneys William A. DuPré, IV and Paul M. Alexander, continues to serve as counsel of record for Ronald L. Glass and GlassRatner.

Respectfully submitted, this 16th day of April 2021.

**MILLER & MARTIN PLLC**

*/s/ William A. DuPré, IV*
William A. DuPré, IV
Georgia Bar No. 234882
bill.dupre@millermartin.com
Paul M. Alexander
Paul.Alexander@millermartin.com
Georgia Bar No. 009003
1180 West Peachtree Street N.W.
Suite 2100
Atlanta, Georgia 30309-3407
(404) 962-6100
(404) 962-6300 (Facsimile)

*Attorneys for Ronald L. Glass, in his individual capacity, and GlassRatner Advisory & Capital Group, LLC, D/B/A B. Riley Advisory Services, in its corporate capacity*

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of April 2021, I caused to be served a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL SOLELY BY KIMBERLY A. MILLER** by electronic mail to those shown on the Notice of Electronic Filing receipt issued by the Clerk of the Court and by depositing same in the United States mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, as set forth below:

David S. Weidenbaum, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Frank W. DeBorde
Lisa McVicker Wolgast
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Rd., N.E.
Atlanta, GA 30326

John Alan Moffa
Moffa & Breuer, PLLC
Suite 204
3081 East Commercial Blvd.
Fort Lauderdale, FL 33308

Frank B. Wilensky
Macey, Wilensky & Hennings, LLP
Suite 435
5500 Interstate Parkway North
Atlanta, GA 30328

Chittranjan Thakkar
3985 Steve Reynolds Blvd
Suite L-101
Norcross, GA 30093

M. Denise Dotson
M. Denise Dotson, LLC
P.O. Box 767
Avondale Estates, GA 30002

John A. Christy
Jonathan A Akins
J. Carole Thompson Hord
Kelly L. Walsh
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street
Suite 800
Atlanta, GA 30309-4516

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

M. Todd Westfall, Esq.
Westfall, LLC
4994 Lower Roswell Road Suite 6
Marietta, GA 30068

*/s/ William A. DuPré, IV*
William A. DuPré, IV