**IT IS ORDERED as set forth below:**



**Date: April 22, 2021**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: <br><br> BAY CIRCLE PROPERTIES, LLC <br><br> Debtor. | CASE NO. 15-58440-WLH <br><br> CHAPTER #11 |
| IN RE: <br><br> SUGARLOAF CENTRE, LLC <br><br> Debtor. | CASE NO. 15-58442-WLH <br><br> CHAPTER #11 |
| IN RE: <br><br> NILHAN DEVELOPERS, LLC, <br><br> Debtor. | CASE NO. 15-58443-WLH <br><br> CHAPTER #11 |
| IN RE: <br><br> NRCT, LLC, <br><br> Debtor. | CASE NO. 15-58444-WLH <br><br> CHAPTER 11 |

**AMENDED ORDER AND NOTICE OF HEARING**

**THIS ORDER** amends and replaces the Order and Notice of Hearing entered on April 20, 2021 (Case No. 15-58440 Doc. No. 1485, Case No. 15-58443 Doc. No. 301 & Case No. 15-58444 Doc. No. 231).

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that the Court will hold a hearing in person on **April 29, 2021, at 1:30 p.m.**, in **COURTROOM 1403**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), S.W., ATLANTA, GEORGIA to consider the following:

1) the Appointment of Replacement Plan Agent (Case No. 15-58443 Doc. No. 296 & Case No. 15-58444 Doc. No. 225);

2) the Order to Show Cause Why the Order Providing Adequate Protection to SEG Gateway, LLC and Good Gateway, LLC Should Not be Modified (Case No. 15-58440 Doc. No. 1483);

3) a status conference on the Motion For An Order To Show Cause Why Walter E. Jones And Clay Townsend, Attorneys In This Proceeding, And Other Related Cases, Should Not Be Sanctioned For Their Lack Of Candor To The Court (Case No. 15-58443 Doc. No. 265, as amended at Doc. No. 302);

4) a status conference on the Expedited Motion of Chittranjan "Chuck" Thakkar to: (1) Remove the Chapter 11 Trustee; (2) Disqualify GlassRatner Advisory & Capital Group, LLC, Accountants for the Trustee; (3) Disgorge any Fees and Expenses of the Trustee; (4) Disgorge any Fees and Expenses of the Accountants for the Trustee; Declare the Standing of Chittranjan "Chuck" Thakkar Motion to Participate Herein and/or Bring Forward Adversary Proceedings or Proceedings in Other Venues; Refer Facts to the United States Attorney, State Attorney Generals, County District

2

      Attorneys, and State Bar Organizations, and Argument Therefor (Case No. 15-58443 Doc. No. 290);

5) a status conference on the Applications for Compensation for GlassRatner Advisory & Capital Group, LLC (Case No. 15-58443 Doc. No. 234 & Case No. 15-58444 Doc. No. 172) and the Final Application for Compensation for Ronald L. Glass, Trustee Chapter 11 (Case No. 15-58443 Doc. No. 235 & Case No. 15-58444 Doc. No. 174) filed in the Nilhan Developers, LLC and NRCT, LLC cases; and

6) a status conference on the Motion to (1) Remove The Chapter 11 Trustee; (2) Disqualify Glassratner Advisory & Capital Group, LLC, Accountants For The Trustee; (3) Disgorge Any Fees And Expenses Of the Trustee; And, (4) Disgorge Any Fees And Expenses Of The Accountants For The Trustee filed in the Sugarloaf Centre, LLC case (Case No. 15-58442 Doc. No. 245).

The hearing will not be rescheduled except by express permission of the Court.

    **IT IS FURTHER ORDERED** that the following procedures will apply to the hearing:

    1. Access to the Courtroom is limited solely to the following parties and attorneys: Frank DeBorde, Lisa Wolgast, Paul Alexander, Chittranjan Thakkar, M. Denise Dotson, John A. Moffa, Frank B. Wilensky, Henry Sewell, David Weidenbaum, and Walter Jones.

    2. All other parties in interest are **not** permitted in the Courtroom but are allowed and encouraged to attend the hearing via AT&T telephone line by dialing (888) 675-2535 and entering access code 9297013.

    3. All parties, witnesses, and attorneys are required to wear a mask or face covering when interacting with Bankruptcy Court staff and in the common or public areas of Bankruptcy Court facilities and in the courtroom except as provided below.

4. Any person addressing the Bankruptcy Court from counsel table or the podium must remove their mask or face covering. Any witness must remove their mask or face covering while testifying.

5. All persons in the Courtroom should find their designated position marked with his or her name and should sit in the designated position and refrain from moving around the Courtroom unless otherwise instructed.

6. All persons must maintain responsible social distancing to the extent practicable, including in the courtrooms, in the hallways, in the restrooms, and at the security checkpoints. All persons must follow any posted signs or verbal instructions as to behavior in the courtroom and the courthouse.

7. No person shall approach the bench, the clerk, or the witness stand unless given express permission by the presiding judge.

8. <u>Each</u> party and <u>each</u> witness must arrive at the courthouse with his or her own set of exhibits for both parties so that no person shares paper. No attorney will approach the witnesses or present exhibits to them, either on direct or cross examination.

9. Each person should bring their own water for consumption during the hearing.

**IT IS FURTHER ORDERED** that the Judge, in her discretion, may amend or supplement these conditions as appropriate.

**IT IS FURTHER ORDERED** that if the parties determine that, by reason of settlement or other good cause, the matter should not be heard, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately in order that the time set aside for the instant hearing may be assigned to other litigants, since all cases in the Court are specifically set to commence on a date certain.

**END OF ORDER**

**Distribution List**

Frank W. DeBorde
Lisa Wolgast
Morris, Manning & Martin, LLP
3343 Peachtree Rd NE, Ste 1600
Atlanta, GA 30326

Paul Alexander
Miller & Martin PLLC
1180 W Peachtree St NW, Ste 2100
Atlanta, GA 30309-3407

David Weidenbaum
Office of the U.S. Trustee
75 Ted Turner Dr SW, Rm 362
Atlanta, GA 30303

Frank B. Wilensky
Macey, Wilensky & Hennings, LLP
5500 Interstate Pkwy North, Ste 435
Atlanta, GA 30328

Henry F. Sewell
Law Offices of Henry F. Sewell Jr., LLC
Buckhead Centre
2964 Peachtree Road NW Suite 555
Atlanta, GA 30305

John Lewis, Jr.
Shook, Hardy & Bacon, LLP
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309

Ronald L. Glass
Glass Ratner Advisory & Capital Group
3445 Peachtree Rd NE, Ste 1225
Atlanta, GA 30326

M. Denise Dotson
M. Denise Dotson, LLC
PO Box 767
Avondale Estates, GA 30002

John A. Moffa
Moffa & Breuer, PLLC
3081 E. Commercial Blvd, #204
Fort Lauderdale, FL 33308

Walter E. Jones
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, Georgia 30308

Chittranjan Thakkar
3985 Steve Reynolds Blvd
Suite L-101
Norcross, GA 30093